UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-23924-CV-KING

MIGNONETTE MIAMI, LLC,

    Plaintiff,

v.

TOKIO MARINE SPECIALTY
INSURANCE COMPANY,

    Defendant.

_____/

## ORDER CANCELLING ORAL ARGUMENT SET FOR 10:00 A.M. FEBRUARY 25, 2021 AND ORDERING REBREIFING

Pursuant to Local Rule 7.1(c), the respective parties filed responsive pleadings to Defendant's Motion to Dismiss, and the issues raised by Defendant's Motion to Dismiss (DE 13) became ripe for ruling on December 11, 2020. The Court considered the written pleadings upon the matter that became fully briefed on December 11, 2020 and decided to set the matter for oral argument. Notice of the Court's scheduled oral argument on the ripe ruling was ordered to be heard on February 25, 2021 at 10:00 a.m.

After the briefing was concluded, the parties have elected to bring further legal authorities and case law to the attention of the Court, overlooking or ignoring Local Rule 7.1(c)(2) which limits motions (and responses to motions) to twenty pages respectively, and ten pages for any responding reply by the original movant. This has had an effect upon the time the Court has to consider a plethora of suggested legal authorities and case law by attorneys for both sides right up to the eve of the scheduled hearing of February 25, 2021. In short, there have been

over two hundred pages labeled "Supplemental Authority" piled on the already fully pled and docketed motion, response, and replies; as recently as yesterday.

Obviously, this leaves no time for the Court to carefully consider in advance of hearing the merits of the previously set oral argument for tomorrow. This also has the effect of overlooking or ignoring the page limitations established by Local Rule 7.1(c) for pleading practice in the Southern District of Florida. It is therefore **ORDERED, ADJUDGED and DECREED**:

1. The Oral Argument Hearing currently set for February 25, 2021 at 10:00 a.m. is hereby **CANCELLED** pending further Order of the Court;

2. The parties are ordered to submit as a new Motion to Dismiss (if it shall be so advised) a new motion with its argument briefed in accordance with the page limitations and timing of the Local Rules of Court. Defendant's Motion shall not exceed twenty (20) pages, as dictated by the Local Rules. Response by the Plaintiff shall be then filed within the rule permitting fourteen (14) days, also fully briefed but not exceeding twenty (20) pages, with the legal authorities as required by the rule. Obviously, Defendant then has an opportunity to reply within seven (7) days, also fully briefed but not exceeding ten (10) pages. After the parties have re-briefed the issue into the appropriate pleading format, the Court will review the written materials with the advantage of having before it all of the relevant legal argument in a coherent sequence, eliminating the current problem of "last minute" arguments in multiple pleadings without time for careful consideration of the issues.

3. Defendant's initial filing as herein ordered shall occur no more than ten (10) days from the date of this Order. Response and reply thereto shall follow in fourteen days

and seven days, respectively. The matter then will be ready for ruling as a "ripe" motion. At that time, the Court will read and review the written pleadings and decide whether or not oral argument will be helpful or needed by the Court. If the Court decides to set for oral argument, it will be promptly scheduled by written order and noticed to counsel.

**DONE and ORDERED** in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 24th day of February, 2021.

_____
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

**cc:**   All counsel of record